# EXHIBIT A







**Thread**

**shepersisted** @shesbeenwarned · Jun 1
Replying to @alexisjreports and @LilMissJoody
Here in Houston we went to 4 different protesting sites from last night with a volunteers clean up crew. We found, NO grafiti, NO broken objects, NO burned anything and very little litter. #HoustonProud #HoustonProtest

💬 11        🔁 207        ♡ 1.5K        ⬆

**That Grrrl** 🦋 @that_grrrrl · Jun 7
Thank you and your family for being awesome!

They had a Trump appreciation rally in my rural town last night and I am not going to pick up their racist trash.

💬 1        🔁 1        ♡ 22        ⬆

**Debacle Canceler** @Je_suis_fatigue · Jun 1
Replying to @alexisjreports
Or this one after the most recent Orlando Trump rally.

💬 11        🔁 170        ♡ 627        ⬆

**Beatrix** @tia_bonita21 · Jun 1
Small point, why leave the chairs??

💬 12        🔁 1        ♡ 53        ⬆

**sharpestcookie** @sharpestcookie3 · Jun 6
Didn't want to take them home and could afford to leave them there. Disposable. A prime example of privilege, actually

💬 1        🔁 1        ♡ 81        ⬆

**Jennifer Torpey** @jenn1379NH · Jun 8
I always think the amount of coolers and chairs left behind (at any event) is odd but have concluded the same I guess they could afford it just buy more to replace those smh aka the privilege to litter

💬 2        🔁        ♡ 6        ⬆

**Nina Jo TuneSmith** @njtunesmith · Jun 8
They just drop it on the floor and leave it for the "help" to clean up.

💬        🔁        ♡ 8        ⬆

**Marla Dreiling** @marlaldreiling · Jun 6
Replying to @alexisjreports
Yeah, that's what happens after a long day of tailgating. Even though you paid a lot for that tailgate spot and there's not enough trash cans you should clean up! Unfortunately, it looks like that after concerts! But thanks goodness nothing was burnt down and no one was killed!

---

🔍 Search Twitter

**Relevant people**

**Alexis Johnson** ✓        [Follow]
@alexisjreports
All things digital, social, viral @PittsburghPG · Temple M.A.🎓 · Podcaster - Z♦️🅱️ · NABJ · views are my own · "Are you a different animal and the same beast?"

**What's happening**

NBA · This morning
**Vince Carter officially retires after 22 NBA seasons**

Trending in United States
**Sammy Hagar**

Travel · Trending
**New Orleans Square**

Premier League        Final · CHE won
🔵 Chelsea                                **2**
🔵 Manchester City                        **1**

Politics · Trending
**Claire McCaskill**

Show more

Terms  Privacy policy  Cookies  Ads info  More ⌄
© 2020 Twitter, Inc.

**James Tremaine** ⌄
@JamesTremaine2











That Time a Guns N' Roses and Metallica Concert Ended in a Riot
Disaster struck when a joint tour featuring Guns N' Roses and Metallica reached Montreal on Aug. 8, 1992.
🔗 ultimateclassicrock.com

💬    🔁 3    ♡ 30    📤

**Rob, but kind of a bag of shit** @RobertEG2nd · Jun 1
Replying to @alexisjreports and @trevlenz
Just in case they come back - here's some Dave Matthews Riots:

MEADOWS RIOTS: 'FRAT PARTY' MENTALITY TRIGGERED TROUBLES
The burning and rioting near a pair of Dave Matthews concerts that put Hartford in national news this week made the best-attended rock event ...
🔗 courant.com

💬    🔁 7    ♡ 19    📤

**J. Malone** @dablueprint · May 31
Replying to @kc_kev and @alexisjreports
Let's look at Stanley Cup celebrations.

💬 4    🔁 1    ♡ 71    📤

**JUB JUB** @JUBJUBNUBRUB · May 31
Or losses......

💬 1    🔁    ♡ 28    📤

**Erica** 🇨🇦🦫🦞 @EricaC1970 · May 31
Yes, let's not 😂

GIF

💬    🔁    ♡ 1    📤

**TrumpIsAHateCrime** @slotguy777 · Jun 5
Replying to @james6 and @alexisjreports
Here ya go, sporting event riots. Where are your protestations about these?

Adam Straughn
1 hr · 🌐
Vocal about the looti
Silent about the
I see y'all.

👍 Like    💬
0:44   140.7K views







Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

I see y'all.

0:44  140.7K views

1    6    40

**methodicjon** @methodicjon · Jun 8
#ShitNeedToSendToMyTrumpLovingParents

**Sharon Smith** 👩🏿💉🧑 @SmithingChick · Jun 7
Replying to @ivakeller @je_suis_fatigue and @alexisjreports
Ha! You think he actually pays his bills. That's adorable.

Fun Fact: Some cities won't approve his rallies because he owes them so much money from his previous rallies.

3    1    16

**Matt Reid** @MD_Reid · May 31
Replying to @alexisjreports
Its like a Kenny Chesney concert out there!!

5    1    43

**Matt Reid** @MD_Reid · May 31
Clearly didn't read your second paragraph!

3

**Beta Blue** @TrueBetaBlue · Jun 1
Haha, well, you weren't wrong...

1    1

**Tom (Obelisk of Wokeness) Richardson** @tomrichardson80 · May 31
Replying to @alexisjreports
I worked a Kenny Chesney concert at the SF Giants Stadium, the fans dumped so much trash down the toilets that sewage was erupting from storm drains on the walkways. Good times.

2    14    117

**FUCK ANTIFA** @shadowb09577774 · Jun 4
I thought they just shit in the streets in SF?

2    4

**Spherical Time** 🌈 @sphericaltime · Jun 8
Sure, when Kenny Chesney is playing.

2

**Avery (MAD AND BLACK)** @acdramon · May 31
Replying to @alexisjreports and @Chibimagigirl

GIF  ey had us in the first half, not gonna lie

1    5    345

**Marshall "topical nickname" Hester** @AlbinoRhino777 · Jun 1
Beat me to it

3

**lindababybpru** @Lindasgift1 · Jun 4
Replying to @alexisjreports
4/4 And let's not forget this.

And to those who say "it's NEVER ok"...
Boston Tea Party. 1773.
Because too many taxes.

**Relevant people**

**Alexis Johnson** ✔ @alexisjreports    Follow
All things digital, social, viral @PittsburghPG · Temple M.A. 🦉 Podcaster · ZΦB 🐘 · NABJ · views are my own · "Are you a different animal and the same beast?"

**What's happening**

NBA · This morning
**Vince Carter officially retires after 22 NBA seasons**

Trending in United States
**Sammy Hagar**

Travel · Trending
**New Orleans Square**

Premier League    Final · CHE won
🔵 Chelsea    **2**
🔵 Manchester City    **1**

Politics · Trending
**Claire McCaskill**

Show more

Terms  Privacy policy  Cookies  Ads info  More ⌄
© 2020 Twitter, Inc.

**James Tremaine** @JamesTremaine2



**Finlay Puffin** @FinlayPuffin · Jun 6
Look at these terrorists. They're really mirroring the same ones who mass murdered Native Americans, enslaved Black folks, and kill million of innocent in poor nations even in modern history.

**lindababypru** @Lindasgift1 · Jun 7
They were indentured slaves themselves. The English Crown was enslaving them.They fought for their rights. Read!

**Finlay Puffin** @FinlayPuffin · Jun 8
If Muslim peasants bombed by Americans are deemed terrorists, these overrated characters are certainly terrorists as well.

Please read something a bit more complex than pre-school literature.

**Brandi A. Neal, PhD** @neabran · May 31
Replying to @alexisjreports
The University of Pittsburgh (about 3 miles from here) banned sofas on porches in the uni neighborhood because people kept lighting them on fire when the Steelers were in the SB or Pitt won a ball game. IIRC they actually stopped the rivalry game because of the student riots.

**Matt Sendro** @matthewg43 · May 31
False, the rivalry game stopped due to MONEY and SCHOOL CONTRACTS related to their respective conference's obligations. Nor comparable to what is going on atm😬

**Brandi A. Neal, PhD** @neabran · May 31
Did you read the small "iirc"? Do you know what it means? At the time I was too busy graduating from the university while teaching and advising Pitt students. As a marginalized person I'm quite aware of what's going on and I'm comfortable making the comparison. But hey, go awf!

**Matt Sendro** @matthewg43 · May 31

**Brandi A. Neal, PhD** @neabran · May 31
lol You don't care? Buuuut you commented tho...

**Leo Ceasarro@REALITYsCROSSING** @ceasarleo4 · Jun 1
BGM/BWM!!!

### Relevant people

**Alexis Johnson** ✔
@alexisjreports                    Follow
All things digital, social, viral
@PittsburghPG · Temple M.A.🎓·
Podcaster · ZΦB💗· NABJ · views are
my own · "Are you a different animal
and the same beast?"

### What's happening

NBA · This morning
**Vince Carter officially retires after 22 NBA seasons**

Trending in United States
**Sammy Hagar**

Travel · Trending
**New Orleans Square**

Premier League                Final · CHE won
🛡 Chelsea                        2
🛡 Manchester City               1

Politics · Trending
**Claire McCaskill**

Show more

Terms  Privacy policy  Cookies  Ads info  More ▾
© 2020 Twitter, Inc.

**James Tremaine**
@JamesTremaine2



Thread

BLACK GIRL MAGIC

GIF

**Relevant people**

**Alexis Johnson** ✔
@alexisjreports

All things digital, social, viral
Podcaster - ZΦB 🐘 - NABJ - views are
my own - "Are you a different animal
and the same beast?"

Follow

**What's happening**

NBA · This morning
**Vince Carter officially retires after
22 NBA seasons**

Trending in United States
**Sammy Hagar**

Travel · Trending
**New Orleans Square**

Premier League          Final · CHE won

🔵 **Chelsea**                    **2**

🔵 **Manchester City**          **1**

Politics · Trending
**Claire McCaskill**

Show more

Terms  Privacy policy  Cookies  Ads info  More ▾
© 2020 Twitter, Inc.

**La Femme Fatali** 🥀 @toomanycommas3 · May 31
Replying to @alexisjreports
OMG I love the twist.
♡ 14

**Wade R. Giesbrecht** @TheSnipeshow · Jun 5
Replying to @alexisjreports and @CodexRex
Honestly, I'd go straight to looting if I had to listen to Kenny Chesney, too
♡ 11

**Simón_Says**🏴🇪🇸 @Simon_Says_89 · Jun 1
Replying to @alexisjreports
For numnuts, difference is this:

They're their for an event to have good time, pay taxes and it will get
cleaned up, with money from event and taxes.

Do I even need to explain how looting and rioting is NOT this?
♡ 1    ♡

**[_Kev_]** @AuSmithe · Jun 5
They're there for a lawful protest for justice, pay taxes and it will get cleaned
up with money from insurance and taxes.

there I fixed it.
♡ 2    ♡ 13

**GoddessTiqua** 👸 💜 @Tiquaabby · Jun 1
Replying to @alexisjreports and @XIIIKZ_

0:25   1.1K views

♡ 2    ♡ 5    ♡ 13

**Thomas Arthur Nelson** @comet901 · Jun 11
I don't see a single black person in this clip breaking glass, throwing
anything, setting any fires. It's white people doing all that, and I'd bet they're
not BLM sympathizers.
♡ 4

**Mike Bohn** @MikeBohnMusic · Jun 7
Replying to @alexisjreports and @DavidWondrich
Thanks for posting this. I live in Louisville, and every morning, there are
groups of people walking through different parts of town where there have
been protests and cleaning any trash, regardless of whether protesters
left it. Community is better for it.
♡ 1    ♡ 2    ♡ 11

**David Wondrich** ✔ @DavidWondrich · Jun 7
That it is. That's our side winning.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**James Tremaine**
@JamesTremaine2

















Thread

**Lyrical Sounds** @LyricalSounds1 · May 31
Replying to @alexisjreports and @KioshiWarrior
And it happened EVERY year after the Kenny concert!!!!

♡ 3

**Donald Trump is a mass murderer** @TLDRJones · Jun 1
Replying to @alexisjreports
That is disgusting. I have been to dozens of concerts and I've never seen anything like this.

**Broadcasting From Innerspace** @VanillaScott · Jun 1
Replying to @alexisjreports and @science_pirate_
These poor people never got over the Zellweger breakup.

♡ 4

**RiversideKitty** @OnTheHudsonNYC · Jun 7
Replying to @alexisjreports
#IStandWithAlexis

♡ 3

**California Riots 🚩** @Indivisible_sd · Jun 1
Replying to @alexisjreports and @choptoplee
Looks like the mess left by MAGAts after a trump rally.

♡ 2    ⇄ 7

**Lele 🔥🧎** @choptoplee · Jun 1
hey love please untag me before replying to my retweets ❤️

**Customer Satisfaction Rep for AntiFa** @pharmasean · May 31
Replying to @alexisjreports and @ArielAbshire
Who will finally label these Kenny Chesney fans as what they are: a terrorist organization

♡ 3    ⇄ 7    ♡ 94

**Debacle Canceler** @le_suis_fatigue · Jun 1
Replying to @alexisjreports
Reminds me of this beauty in Jersey this year after a Trump rally.

♡ 2    ⇄ 4    ♡ 16

**emi lou** @emilymarinelli · Jun 1
Replying to @3james6 and @alexisjreports
Still trashed. Still causing a negative impact on city and environment. I HAVE to laugh

♡ 2    ⇄ 7

**Dustin Haning** @dustinhaning · Jun 1
Replying to @alexisjreports and @Evanp20OO
Imagine if the aftermath of a Beyonce concert looked like this.

♡ 3    ⇄ 1    ♡ 10

**Theandregiss** @theandregiss · Jun 7
Imagine if the majority of the people who attend"Country" music concerts were marginalized,assaulted, and killed  for no other reason but just being what God made them would do in protest?

♡ 1

**Survivingnsweatpants** @Mominsweats · Jun 11
Replying to @alexisjreports
Or a Trump rally

After the Trump rally, a major trash cleanup

















**Kenny Chesney concert erupts in brawl**
The noted sports fan's concert featured good times, a brawl, and probably a jersey of your favorite team--and Kenny's!--on stage at one ...
sbnation.com

♡ 5

**Rachol West** @RacholWest · Jun 1
Replying to @alexisjreports and @xo_dymond
Sounds about YT. Lol

○ 1        ♡

**I might be Tia Mowry** @xo_dymond · Jun 1
😂

○        ♡ 1

**comrade caleb** @comrade_caleb · May 31
Replying to @alexisjreports and @ClaireMcInerny
Cc: @MayeuxBroussard

○        ♡ 1

**WestPointCoach** @coach_point · May 31
Replying to @alexisjreports
I like it a lohhhhhhht

○        ♡ 1

**jocelyne knight** @tangomoon700 · May 31
Replying to @alexisjreports and @resistandgrow
Wondering if "essential workers" cleaned it up.

○        ♡ 1

**P** @DealPaige · May 31
Replying to @alexisjreports and @cheetopuff5000
@BrightonP

○        ♡ 1

**Trevor Russell Smith** @ego_chronicon · May 31





Terms   Privacy policy   Cookies   Ads info   More ∨
© 2020 Twitter, Inc.





1:02  32.1K views

**Thread**

**Robert Wolsey** @RobWolsey · Jun 7
Replying to @alexisjreports
I worked concert security after college. Metal shows, punk shows, Neil Diamond shows.

Country music fans were by far the drunkest, most obnoxious, sloppiest, and most unruly.

Ask anybody in the concert industry.

**Theresa** @teriamore2come · Jun 7
Replying to @alexisjreports and @TGalore2
Looks more like the trash left behind from the trash
Magats after a #BunkerBitch rally

**Selene Thomson** @BGGDMHERO · Jun 11
Replying to @alexisjreports
Since you are specifying looters did anyone attending the Kenny Chesney tailgate steal anything? i bet not. I don't see any fires burning or destruction of property. A whole lot of garbage yeah but nothing broken. Nice try though.

**smol bbq grill** @VapeLordC · Jun 1
Replying to @alexisjreports and @imnotreal___
Damn trash on the ground vs burning the children's hospital down that's crazy af

**HellBoy** @imnotreal___ · Jun 1
It was kids with learning disorders so it's ok

**smol bbq grill** @VapeLordC · Jun 1
😭

**Jugo M** @CMFJugo · Jun 1
Replying to @alexisjreports and @Asset_GanG
Who the fuck is Kenny chesney

**Ant** @Asset_GanG · Jun 1
Have no idea lol, but those pics are NOT from the riots

**Unabonger** @TheeUnabonger · Jun 7
check out this reporter getting destroyed

WTAE reporter confronted about lying about protests
David Kaplan from WTAE in pittsburgh asked about not reporting the truth about the police and antifa a...
youtube.com

**(atmospheric hum continues)** @isthisthedave · Jun 1
Replying to @thepeachcobler
yeah bro you're neutral as fuck I'm sure

103

**Lola B.** @LOLA_BANJO · Jun 1
He also has a black friend hes totally cool.

58

**ACAB** @thaticecreamguy · Jun 1
Replying to @thepeachcobler @alexisjreports and @Power_T_Tape
One is for a cause, the other for some shitty music. Foh

19

**👏👏👏** @CHB8367 · Jun 1
Replying to @3james6 and @alexisjreports
Enough for ya Trumpkin

2                              9

**Alexandra🏴🇺🇸** @LoveMyCountry60 · Jun 5
Sorry that people like you would love to live in a city where everything is shattered and burn down and there are no police. Sounds like the Democrats vision for America!

1                              7

**Relevant people**

**Alexis Johnson** ✓
@alexisjreports                          Follow
All things digital, social, viral
@PittsburghPG · Temple M.A.🎓·
Podcaster · ZΦB🐘 · NABJ · views are
my own · "Are you a different animal
and the same beast?"

**What's happening**

NBA · This morning
**Vince Carter officially retires after 22 NBA seasons**

Trending in United States
**Sammy Hagar**

Travel · Trending
**New Orleans Square**

Premier League                Final | CHE won
**Chelsea**                                    **2**
**Manchester City**

Politics · Trending
**Claire McCaskill**

Show more

Terms  Privacy policy  Cookies  Ads info  More ∨
© 2020 Twitter, Inc.

James Tremaine
@JamesTremaine2













**Thread**

🇺🇸 USA 🇺🇸 @BlazersPdxShred · May 31
Replying to @alexisjreports and @Evanp2000
You're really not intelligent, at all.

Billy Jack @BillyJa82485665 · Jun 6
Change hands little man

ARMY4Life⁷ @BTSOT7light · Jun 4
Replying to @thepeachcobler @alexisjreports and @Power_T_Tape
i don't care what color you are.  people are losing jobs left and right and now you are burning/looting businesses will exacerbate that issue further. there are families, people's livelihoods we're talking about.  you do realize everytime you rebuild it comes out of taxes, out

ARMY4Life⁷ @BTSOT7light · Jun 4
it comes out of budgets which means lay offs, means cutting funding that supports the community.  i will never say that burning, looting and harming others is right and justifiable in any event  and i strong believe the white supremacy group is instigating this at these protests

Redlake Chlores @steinerrise · May 31
Replying to @alexisjreports and @PaulZeise
They should of had their asses beat too !

Chance McGooglepants @mcgooglepants · May 31
Replying to @alexisjreports
They left trash.

The rioters the last 3 days have set fires, trashed businesses, and burned down low income housing in their own neighborhoods.

No correlation. Lmao. Jesus.

POLITIJO @politijo · May 31
Replying to @alexisjreports and @REALSTARKS27
How ignorant do you have to be to think these are a valid comparison to riots

BK @be_katz · May 31
Replying to @alexisjreports
You're blaming people for knowing how to party?

MN @gwilesasquatch · May 31
Replying to @alexisjreports
Isn't this from months ago?

Chris @ChrisMcCabe21 · May 31
Replying to @alexisjreports and @PaulZeise
Really??? You comparing tailgating and an event that bought millions in revenue to the city (lots of tax dollars) to the looting that went on yesterday. Give me a break!!!

.💚 @slittlana_ · May 31
Replying to @alexisjreports and @lord0fthunder
BITCH THATS A TAILGATE PARTY TF

Jamaal Butler @JamaalButler3 · May 31
Replying to @alexisjreports
Think you are missing the concept that looting involves the thugs stealing from the innocent hard working people. This involves no harm to innocent people you thug

Take.The.Power.Back @TreyMeans3 · May 31
Replying to @alexisjreports and @peristein
Poor people are trash no matter the color.

Mark Snyder @mark_snyder · May 31
Replying to @alexisjreports
But notice there are no fires, small business owners being robbed of their lives work and nobody laying dead from an angry mob?

James Tremaine
@JamesTremaineZ

**Relevant people**

Alexis Johnson ✔
@alexisjreports
[Follow]
All things digital, social, viral @PittsburghPG · Temple M.A. 🎓 · Podcaster · Z🦓🐘 · NABJ · views are my own · "Are you a different animal and the same beast?"

**What's happening**

Premier League                    Final | CHE won
🔵 Chelsea                                    2
🔵 Manchester City

Trending in United States
Sammy Hagar

Politics · Trending
Claire McCaskill

NBA · This morning
Vince Carter officially retires after 22 NBA seasons

Travel · Trending
New Orleans Square
Trending with: Frontierland

Show more

Terms  Privacy policy  Cookies  Ads info  More∨
© 2020 Twitter, Inc.