# EXHIBIT D

## INTERIM SOCIAL MEDIA GUIDELINES FOR THE NEWSROOM

1. Think before you post.

2. Don't engage in impolite back and forth exchanges with those who might challenge your work no matter how rude or provocative they might seem.

3. Particular care should be taken in responding to posts critical of specific news coverage or personal attacks on specific newsroom employees.

4. It is recommended that you not mix work and personal material on a personal social media account. Exercise good judgment on any posts about subjects that you cover for the newsroom.

5. Sharing your personal opinions as well as expressing partisan political views, whether on a personal social media platform or otherwise, might open the employer up to criticism that you are biased and therefore could make you ineligible to cover that particular topic in the future. Be mindful of the integrity, reputation and credibility of the Post-Gazette.

6. We encourage you to participate in the online social media space, but urge you to do so with common sense and assume the content that you are putting online is or could become public.

7. This policy shall in no way limit or reduce an employee's rights under the contract between the Company and the Newspaper Guild of Pittsburgh/CWA Local 38061 or any federal or state law. It is recommended that you respect copyright and trademark laws, including logos, photos, videos and music.

March 12, 2018