## UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| ALEXIS D. JOHNSON, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 2:20-cv-00885-NR |
| v. | ) ) | |
| PG PUBLISHING COMPANY, | ) ) | |
| Defendant. | ) ) ) | |

### MOTION TO WITHDRAW APPEARANCE
### ON BEHALF OF DEFENDANT PG PUBLISHING COMPANY

Ronald G. London, attorney for Defendant PG Publishing Company, pursuant to Local Rule 9010-2, moves this Court for an Order withdrawing his appearance in this case on the following grounds:

1.      Effective February 26, 2021, Ronald G. London will be leaving the law firm of Davis Wright Tremaine LLP.

2.      Ronald G. London's motion to appear pro hac vice was granted by this Court on August 21, 2020 (Dkt. 7).

WHEREFORE, counsel requests that this Court enter an order that permits Ronald G. London to withdraw as attorney of record for Defendant PG Publishing Company in this case.

DATED:  March 1, 2021

By: /s/ Ronald G. London
    Ronald G. London
    DAVIS WRIGHT TREMAINE, LLP
    1301 K Street, N.W., Suite 500 East
    Washington, D.C. 20005
    Telephone: (202) 973-4200

    *Attorney for Defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ALEXIS D. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:20-cv-00885-NR |
| | ) | |
| v. | ) | |
| | ) | |
| PG PUBLISHING COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

Upon consideration of the Motion to Withdraw Appearance of Ronald G. London on behalf of PG Publishing Company, it is hereby

**SO ORDERED**.

Dated this ___ day of _____, 2021.

_____
Honorable J. Nicholas Ranjan