# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXIS D. JOHNSON, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 2:20-cv-885-NR |
| PG PUBLISHING COMPANY, t/d/b/a PITTSBURGH POST GAZETTE | ) |
| Defendant. | ) |

## DECLARATION OF JAMES GRANT IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL DISCOVERY RESPONSES

I, James Grant, declare as follows:

1. I am an attorney in the law firm Davis Wright Tremaine LLP ("DWT"), counsel for Defendant, PG Publishing Company d/b/a Pittsburgh Post-Gazette ("Post-Gazette") in the above-captioned matter. I submit this declaration in support of the Post-Gazette's Motion to Compel. The facts set forth herein are within my personal knowledge.

2. Attached hereto as Exhibit A is a true and correct copy of the Post-Gazette's first set of discovery requests to Plaintiff dated September 27, 2021, which included requests for production of documents.

3. Attached hereto as Exhibit B is a true and correct copy of Plaintiff's October 27, 2021 response to the Post-Gazette's first set of discovery requests.

4. Attached hereto as Exhibit C is a true and correct copy of a letter sent by my co-counsel, Bob Corn-Revere, to Plaintiff's counsel Samuel J. Cordes on November 1, 2021.

5. Attached hereto as Exhibit D is a true and correct copy of a letter I sent to Mr. Cordes on November 3, 2021.

6. Attached hereto as Exhibit E is a true and correct copy of a letter I sent to Mr. Cordes on December 6, 2021.

7. Attached hereto as Exhibit F is a true and correct copy of a letter I sent to Mr. Cordes on December 28, 2021.

8. Attached hereto as Exhibit G is a true and correct copy of a letter I sent to Mr. Cordes on December 30, 2021.

9. Attached hereto as Exhibit H is a true and correct copy of a letter I sent to Mr. Cordes on January 6, 2022.

10. Attached hereto as Exhibit I is a true and correct copy of Mr. Cordes' email to me on January 7, 2022.

11. Attached hereto as Exhibit J is a true and correct copy of Mr. Cordes' email dated January 11, 2022, to which he attached a small collection of what he described as "Ms. Johnson's Instagram and Facebook screenshots," some of which he indicated have not been previously produced.

12. Attached hereto as Exhibit K are excerpts of the November 30, 2021 deposition of David Garth.

13. Attached hereto as Exhibit L are excerpts of the December 1, 2021 deposition of Nora Smith.

14. Attached hereto as Exhibit M are documents produced by the Newspaper Guild of Pittsburgh, Local 38061 and numbered Guild-1558 and Guild-1561.

15. Attached hereto as Exhibit N is a true and correct copy of the supplemental privilege log that Plaintiff provided on January 7, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 12th day of January, 2022 at Seattle, Washington.

Dated January 12, 2022    By: /s/ *James Grant*
James Grant

Attorney for Defendant
*PG Publishing Company d/b/a*
*Pittsburgh Post-Gazette*