**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Alexis D. Johnson, | ) | |
| | ) | 2:20-cv-885-NR |
| Plaintiff, | ) | |
| | ) | Judge Nicholas Ranjan |
| v. | ) | |
| | ) | |
| PG Publishing Company | ) | |
| t/d/b/a Pittsburgh Post Gazette, | ) | |
| | ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |

**APPENDIX OF PLAINTIFF'S BRIEF IN OPPOSITION TO
DEFENDANT'S MOTION TO COMPEL**

Plaintiff, Alexis D. Johnson, by and through its undersigned counsel, respectfully submits this Appendix of Plaintiff's Brief in Opposition to Defendant's Motion to Compel.

Previously Produced Articles Reposted on Facebook/Instagram  . . . . . . . . . . . . . . . . . . . 1

FedEx Tracking Showing Delivery on January 12, 2022  . . . . . . . . . . . . . . . . . . . . . . . . 2

January 11, 2022 Emails Between Attorneys Cordes and Corn-Revere  . . . . . . . . . . . . . 3

Alexis Johnson tweet June 10 (AJ_000347)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Alexis Johnson tweet June 9 (AJ_000339-AJ_000340)  . . . . . . . . . . . . . . . . . . . . . . . . . 5

Excerpts from the deposition testimony of Alexis D. Johnson
  taken December 9, 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Excerpts from the deposition testimony of David Garth
  taken November 30, 2021  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Excerpts from the deposition testimony of Kevin Flowers
  taken January 5, 2022 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Excerpts from the deposition testimony of Nora Grace Smith
  taken December 1, 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Excerpts from the deposition testimony of Karen Kane
  taken December 2, 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Declaration of Freddie Dyroff, Digital Forensic Analyst at bit-x-bit, LLC . . . . . . . . . . 11

Text Messages Between Alexis Johnson and the Guild
        (Guild-1558-1559 - Guild-1561-1562) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Interrogatory Response No. 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Respectfully submitted,

**Rothman Gordon, P.C.**

*/s/ Samuel J. Cordes*
Samuel J. Cordes
Pa. I.D. # 54874

310 Grant Street - Third Floor
Pittsburgh, PA 15219
(412) 338-1163 (telephone)
(412) 246-1763 (facsimile)
sjcordes@rothmangordon.com
Attorney for Plaintiff